NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BLAST MOTION, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2018-1067, 2018-1069

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00676, IPR2016-00677.

_____

**JUDGMENT**

_____

MATTHEW A. ARGENTI, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for appellant. Also represented by JAMES C. YOON; JOEL CHRISTIAN BOEHM, Austin, TX; MICHAEL T. ROSATO, Seattle, WA.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by THOMAS W. KRAUSE, MOLLY R. SILFEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2018                    /s/ Peter R. Marksteiner
Date                                         Peter R. Marksteiner
                                                Clerk of Court